**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MICHAEL B. BELIN                                                                                           PLAINTIFF

v.                                              NO. 4:11CV00540 JLH

UNITED PARCEL SERVICE, INC.                                                                     DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of United Parcel Service, Inc., on the claims of Michael B. Belin. The complaint of Michael B. Belin is dismissed with prejudice.

IT IS SO ORDERED this 26th day of June, 2012.

*/s/ J. Leon Holmes*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE